**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Timothy W. Evanston, State Bar No. 319342
*tevanston@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:     714 445-1000
Facsimile:     714 445-1002

Attorneys for Donald Chae, Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DONALD CHAE,<br><br>    Debtor and Debtor-in-Possession. | Case No. 8:21-bk-12493-ES<br><br>Chapter 11<br><br>**AMENDED NOTICE OF MEETING OF CREDITORS PURSUANT TO 11 U.S.C. § 341(a)**<br><br>Date:    November 19, 2021<br>Time:    10:00 a.m. |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the meeting of creditors pursuant to 11 U.S.C. § 341(a) currently scheduled for November 8, 2021 will now take place on **November 19, 2021, at 10:00 a.m.** The meeting will take place telephonically. Participants can call in to the following number to attend the meeting:

- Telephone:  (866) 919-0527

- Participant Code:  2240227

DATED: October 15, 2021            SMILEY WANG-EKVALL, LLP


                                    By:    */s/ Robert S. Marticello*
                                           ROBERT S. MARTICELLO
                                           Attorneys for Donald Chae, Debtor-in-Possession

2888171.1                              1                              AMENDED NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): AMENDED NOTICE OF MEETING OF CREDITORS PURSUANT TO 11 U.S.C.§ 341(a) will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 15, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 15, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Hon. Edith Smith
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **October 15, 2021**  Gabriela Gomez-Cruz | /s/ *Gabriela Gomez-Cruz* |
|---|---|
| Date    *Printed Name* | *Signature* |

2726834.1   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Patricia H Lyon    phlyon@frenchlyontang.com, mwoodward@frenchlyontang.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL:**

**Master Mailing List**

| | | |
|---|---|---|
| 3D DESIGN INDUSTRIES, INC.<br>8152 INDIANAPOLIS AVENUE<br>HUNTINGTON BEACH, CA 92646-5008 | 6555 BEACH LLC<br>6988 BEACH BLVD B-215<br>BUENA PARK, CA 90621-6822 | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| AT&T<br>2150 WEBSTER STREET ROOM 401<br>OAKLAND, CA 94612-3012 | ABRA LENDING INC.<br>10100 CULVER CITY BLVD SUITE D<br>CULVER CITY, CA 90232 | AMERICAN INTEGRATED RESOURCES INC.<br>2341 NORTH PACIFIC STREET<br>ORANGE, CA 92865-2601 |
| ARAGON CONSTRUCTION INC.<br>5440 ARROW HIGHWAY<br>MONTCLAIR, CA 91763-1604 | ATHENS SERVICES<br>PO BOX 60009<br>CITY OF INDUSTRY, CA 91716-0009 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | BEACH ORANGETHORPE HOTEL II, LLC<br>6988 BEACH BOULEVARD, SUITE B-215<br>BUENA PARK, CA 90621-6822 | BEACH ORANGETHORPE HOTEL III, LLC<br>6988 BEACH BOULEVARD, SUITE B-215<br>BUENA PARK, CA 90621-6822 |
| BEACH ORANGETHORPE HOTEL, LLC<br>6988 BEACH BOULEVARD, SUITE B-215<br>BUENA PARK, CA 90621-6822 | BEACH ORANGETHORPE II, LLC<br>C/O CT CORPORATION SYSTEM<br>3705 W. PICO BLVD. PMB 22555<br>LOS ANGELES, CA 90019-3451 | BEACH ORANGETHORPE INVESTORS, LLC<br>6940 BEACH BLVD, SUITE D-301<br>BUENA PARK, CA 90621-6827 |
| BEACH ORANGETHORPE OFFICE, LLC<br>6988 BEACH BOULEVARD, SUITE B-215<br>BUENA PARK, CA 90621-6822 | BEACH ORANGETHORPE SOURCE, LLC<br>C/O CT CORPORATION SYSTEM<br>3705 W. PICO BLVD PMB 22555<br>LOS ANGELES, CA 90019-3451 | BEACH ORANGETHORPE VI, LLC<br>6940 BEACH BLVD, SUITE D-301<br>BUENA PARK, CA 90621-6827 |
| BEACH ORANGETHORPE VII, LLC<br>6960 BEACH BLVD, SUITE J-205<br>BUENA PARK, CA 90621-6848 | BEACH ORANGETHORPE VENTURES, LLC<br>C/O CT CORPORATION SYSTEMS<br>3705 W PICO BLVD. PMB 22555<br>LOS ANGELES, CA 90019-3451 | BEACH ORANGETHORPE, LLC<br>C/O CT CORPORATION SYSTEMS<br>3705 W PICO BLVD PMB 22555<br>LOS ANGELES, CA 90019-3451 |

2726834.1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| BEST QUALITY PAINTING<br>818 N. PACIFIC AVENUE #C<br>GLENDALE, CA 91203-3633 | BOCH MANAGEMENT, INC.<br>3225 E. ABBEY LANE<br>ORANGE, CA 92867-2009 | CWCAPITAL ASSET MANAGEMENT<br>ATTN: ARIEL LEVIN/JAKE HAMEL<br>900 19TH STREET NW, 8TH FLOOR<br>WASHINGTON, DC 20006-2127 |
| CALIFORNIA AMERICAN WATER<br>PO BOX 7150<br>PASADENA, CA 91109-7150 | CHRISTOPHER MARTINEZ<br>C/O LAW OFFICE OF MORSE MEHRBAN<br>15720 VENTURA BLVD, SUITE 306<br>ENCINO, CA 91436-2989 | COUNTY OF ORANGE<br>ATTN: TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>SANTA ANA, CA 92702-1438 |
| UNITED BUSINESS BANK<br>BUENA PARK OFFICE<br>C/O YGNACIO VALLEY ROAD, SUITE 200<br>WALNUT CREEK, CA 94596 | DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550<br>PREFERRED | DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222<br>PREFERRED |
| DAVID S KIM<br>500 S VIRGIL AVENUE SUITE 201<br>LOS ANGELES, CA 90020-1449 | DONALD CHAE<br>2200 SHERWOOD ROAD<br>SAN MARINO, CA 91108-2851 | EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS: A-340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | YG ENTERTAINMENT<br>17, SEOLLEUNG-RO 152-GIL<br>GANGNAM-GU, SEOUL<br>REPUBLIC OF KOREA 06014 | GAP VISA/SYNCHRONY BANK<br>PO BOX 960017<br>ORLANDO, FL 32896-0017 |
| GLENDALE PLUMBING & FIRE SUPPLY<br>11120 SHERMAN WAY<br>SUN VALLEY, CA 91352-4949 | GREENBERG TRAURIG, P.A.<br>ATTENTION: LAURA GANGEMI VIGNOLA<br>333 SE 2ND AVENUE<br>MIAMI, FL 33131-3238 | HANMI BANK<br>5245 BEACH BLVD, 1ST FLOOR<br>BUENA PARK, CA 90621-1286 |
| HARVEST SMALL BUSINESS FINANCE<br>24422 AVENIDA DE LA CARLOTA #232<br>LAGUNA HILLS, CA 92653-3668 | HO BIN NHIN<br>5230 SEREND DRIVE<br>TEMPLE CITY, CA 91780-3061 | HUNT ORTMANN PALFFY NIEVES, ET AL<br>301 NORTH LANE AVENUE, 7TH FLOOR<br>PASADENA, CA 91101-5118 |
| INA<br>C/O MITCHELL S. KIM<br>K&L GATES LLP<br>10100 SANTA MONICA BLVD 8TH FLOOR<br>LOS ANGELES, CA 90067-4104 | RALPHS MASTERCARD<br>US NATIONAL BANK ASSOCIATION<br>P.O. BOX 790408<br>SAINT LOUIS, MO 63179-0408 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | LAW OFFICES OF DENNIS G. GOSSO<br>345 OXFORD DRIVE<br>ARCADIA, CA 91007-2642 | LAW OFFICES OF YOHAN LEE<br>5681 BEACH BLVD., 7TH FLOOR<br>BUENA PARK, CA 90621-2097 |
| M & D PROPERTIES<br>6940 BEACH BOULEVARD<br>BUENA PARK, CA 90621-3484 | MANH THONG NGUYEN<br>10091 BERNADETTE AVENUE<br>BUENA PARK, CA 90620-4326 | MIN SEOK CHAE<br>7156 INDIGO WAY<br>BUENA PARK, CA 90621-3870 |
| MIRAE CONSTRUCTION CO.<br>2222 S BROADWAY<br>LOS ANGELES, CA 90007-1434 | NATIXIS, NEW YORK BRANCH<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1104 | NATIXIS, NEW YORK BRANCH<br>ATTENTION: REAL ESTATE ADMINISTRAT<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1104 |
| NORTHSTAR DEMOLITION & REMEDIATION<br>404 NORTH BERRY STREET<br>BREA, CA 92821-3104 | OPEN BANK<br>COMMERCIAL LOAN CENTER III<br>1000 WILSHIRE BOULEVARD, SUITE 100<br>LOS ANGELES, CA 90017-5644 | PDG WALLCOVERINGS<br>26492 VIA JUANITA<br>MISSION VIEJO, CA 92691-1954 |

2726834.1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                      **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| PACIFIC CITY BANK<br>WESTERN BRANCH<br>450 S WESTERN AVE, SUITE 213<br>LOS ANGELES, CA 90020-4239 | PAN PACIFIC MECHANICAL<br>18250 EUCLID STREET<br>FOUNTAIN VALLEY, CA 92708-6112 | PERKINS COLE LLP<br>ATTN. LIANA W. SPENDLOVE<br>2901 N. CENTRAL AVE, SUITE 2000<br>PHOENIX, AZ 85012-2740 |
| PERKINS COLE LLP<br>ATTN: MARK BIRNBAUM<br>1888 CENTURY PARK EAST, SUITE 1700<br>LOS ANGELES, CA 90067-1721 | PLAMEX INVESTMENT LLC<br>6988 BEACH BOULEVARD SUITE B-215<br>BUENA PARK, CA 90621-6822 | PLAMEX INVESTMENT, LLC<br>3100 EAST IMPERIAL HIGHWAY<br>LYNWOOD, CA 90262-3202 |
| PLAZA MEXICO RESIDENCES II LLC<br>PO BOX 489<br>BUENA PARK, CA 90621-0489 | PLAZA MEXICO RESIDENCES LLC<br>PO BOX 489<br>BUENA PARK, CA 90621-0489 | PREFERRED BANK<br>17515 COLIMA ROAD<br>CITY OF INDUSTRY, CA 91748-1859 |
| PRIME CONCRETE COATINGS<br>6127 JAMES ALAN STREET<br>CYPRESS, CA 90630-3929 | QUANG CUONG NGUYEN<br>8200 BOLSA AVE SPC 58<br>MIDWAY CITY, CA 92655-1231 | QUANG D TRAN<br>8200 BOLSA AVE SPC 58<br>MIDWAY CITY, CA 92655-1231 |
| QUARRY HEAD 2017-1 GRANTOR TRUST<br>C/O WATERFALL ASSET MANAGEMENT LLC<br>1140 AVENUE OF THE AMERICAS 7TH FL<br>NEW YORK, NY 10036-5803 | QUINTUS INVESTMENT MANAGEMENT<br>HONG KONG) LIMITED<br>ROOM 1704A, TWR 2, ADMIRALTY CENTRE<br>ADMIRALTY, HONG KONG | RHRG INVESTMENTS INC.<br>119 CRUISER<br>IRVINE, CA 92618-0832 |
| ROBINSON & ROBINSON LLP<br>2301 DUPONT DRIVE, SUITE 530<br>IRVINE, CA 92612-7502 | SECURITIES & EXCHANGE COMMISSION<br>444 SOUTH FLOWER ST., SUITE 900<br>LOS ANGELES, CA 90071-2934 | SHADY BIRD LENDING LLC<br>C/O LAW OFFICES OF GEOFFREY LONG<br>1601 N. SEPULVEDA BLVD, NO. 729<br>MANHATTAN BEACH, CA 90266-5111 |
| SHADY BIRD LENDING LLC<br>C/O LAW OFFICES OF RONALD RICHARDS<br>P.O. BOX 11480<br>BEVERLY HILLS, CA 90213-4480 | WOORI AMERICA BANK<br>330 FIFTH AVENUE, 3RD FLOOR<br>NEW YORK, NY 10001-3101 | SIERRA WEST FINISH INC.<br>654 S LINCOLN AVE<br>SAN BERNARDINO, CA 92408-2229 |
| SKYPASS (US BANK)<br>200 SOUTH SIXTH STREET<br>MINNEAPOLIS, MN 55402-1445 | SMALL BUSINESS ADMINISTRATION<br>OFFICE OF DISASTER ASSISTANCE<br>14925 KINGSPORT ROAD<br>FORT WORTH, TX 76155-2243 | SOCALGAS<br>PO BOX C<br>MONTEREY PARK, CA 91754-0932 |
| SONAMU HOLDINGS LLC<br>6940 BEACH BOULEVARD, SUITE D-301<br>BUENA PARK, CA 90621-6827 | SOUTHERN CALIFORNIA EDISON<br>PO BOX 6400<br>RANCHO CUCAMONGA, CA 91729-6400 | SPECTRUM<br>PO BOX 60074<br>CITY OF INDUSTRY, CA 91716-0074 |
| SQUAREMIXX<br>C/O W. DAN LEE<br>LEE LAW OFFICE<br>725 S. FIGUEROA STREET #3065<br>LOS ANGELES, CA 90017-5430 | THE SOURCE HOTEL LLC<br>6988 BEACH BOULEVARD SUITE B-215<br>BUENA PARK, CA 90621-6822 | THE SOURCE OFFICE, LLC<br>6988 BEACH BOULEVARD SUITE B-215<br>BUENA PARK, CA 90621-6822 |
| THE SOURCE TOWER & RESIDENCES, LLC<br>3100 E. IMPERIAL HIGHWAY<br>LYNWOOD, CA 90262-3202 | THE SOURCE AT BEACH, LLC<br>3100 E. IMPERIAL HIGHWAY<br>LYNWOOD, CA 90262-3202 | THI HOA NGUYEN<br>5391 LAVERNE CIR<br>WESTMINSTER, CA 92683-1702 |
| UNITI BANK<br>6301 BEACH BOULEVARD, SUITE 100<br>BUENA PARK, CA 90621-4032 | WF 1105, LLC<br>C/O WATERFALL ASSET MANAGEMENT, LLC<br>ATTN: GENERAL COUNSEL<br>1140 AVENUE OF THE AMERICAS, 7TH FL<br>NEW YORK, NY 10036-5803 | WF I105, LLC<br>C/O WATERFALL ASSET MANAGEMENT, LLC<br>ATTN: GENERAL COUNSEL<br>1140 AVENUE OF THE AMERICAS, 7TH FL<br>NEW YORK, NY 10036-5803 |

2726834.1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                            **F 9013-3.1.PROOF.SERVICE**

| WELLS FARGO BANK, N.A., AS TRUSTEE MORGAN STANLEY CAP I TRUST 2016-UBS 9062 OLD ANNAPOLIS ROAD COLUMBIA, MD 21045-2479 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS T PERKINS COIE LLP AMIR GAMLIEL 1888 CENTURY PARK EAST, SUITE 1700 LOS ANGELES, CA 90067-1721 | WINSTON & STRAWN, LLP ATTENTION: COREY A. TESSLER 200 PARK AVENUE NEW YORK, NY 10166-4002 |
|---|---|---|

2726834.1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**